No. 82–195. MUELLER ET AL. *v.* ALLEN ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 820.] Motions for leave to file briefs as *amici curiae* by the following were granted: Citizens for Educational Freedom, Catholic League for Religious and Civil Rights, United States Catholic Con-

ference, Parents Rights, Inc., Council for American Private Education et al., and National Jewish Commission on Law and Public Affairs.